# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| ROY E. SPARKS, INDIVIDUALLY, AND D/B/A SPARKS ENTERPRISES, CENTURY SURETY COMPANY, AN OHIO INSURANCE COMPANY, AND DIAMOND STATES INSURANCE COMPANY, AN INDIANA INSURANCE COMPANY<br><br>   Plaintiffs,<br>vs.<br><br>ALLIANT FOODSERVICE, INC., A DELAWARE CORPORATION, AND DONALD L. WARNKE, PERSONAL REPRESENTATIVE OF THE ESTATE OF TAMERA LYNN WAGNER,<br><br>   Defendants.<br>_____<br>DONALD L. WARNKE, PERSONAL REPRESENTATIVE OF THE ESTATE OF TAMERA LYNN WAGNER, ALLIANT FOODSERVICE, INC., A DELAWARE CORPORATION; AND SENTRY INSURANCE COMPANY, A MUTUAL COMPANY,<br><br>   Counterclaim Plaintiffs,<br>vs.<br><br>ROY E. SPARKS, INDIVIDUALLY AND D/B/A SPARKS ENTERPRISES,<br><br>   Counterclaim Defendant. | NO. C03-4093-DEO<br><br><br><br><br><br><br><br><br>**JUDGMENT** |

  THIS MATTER COMES BEFORE the Court following Jury trial commencing on August 22, 2005 and concluding on September 2, 2005 with the Jury's return of completed

Interrogatories and Verdict. Based on the Jury's findings allocating fault of 85% to Sparks and 15% to Wagner, the completed verdict form and the stipulations of the parties, the following judgment is hereby entered:

**IT IS ORDERED** that as to the claims of Roy Sparks, Individually and d/b/a Sparks Enterprise, Century Surety Company and Diamond States Insurance Company as Plaintiffs that **JUDGMENT** is hereby entered against said Plaintiffs on all counts and in favor of the Defendants Donald Warnke, Personal Representative of the Estate of Tamera Lynn Wagner and Alliant Food Services. Plaintiffs Roy Sparks, Individually and d/b/a Sparks Enterprise, Century Surety Company and Diamond States Insurance Company take nothing in these proceedings and all allowable costs are taxed to these Plaintiffs in accordance with LR 54.1.

**IT IS FURTHER ORDERED** that as to the counter claims of Donald Warnke, Personal Representative of the Estate of Tamera Lynn Wagner, Alliant Food Services, and Sentry Insurance Company that **JUDGMENT** is hereby entered in favor of the counter-claimants and against Counter-claim Defendant Roy Sparks, Individually and d/b/a Sparks Enterprise in the following amounts:

1. In favor of:

a. Sentry Insurance Company in the sum of $53,805.00; and,

b. Alliant Food Service, Inc. in the sum of $21,250.00;

(total 75,055.00 which is 85% of $88,300) for the stipulated property damage and towing costs for the Alliant tractor and trailers plus prejudgment interest at the rate of 5.78%, accruing from May 16, 2003 through the date of this judgment.

2. In favor of Alliant Food Service, Inc. in the sum of $30,339.58 (85% of $35,693.62) for the stipulated property damage to its cargo and storage fees plus prejudgment interest at the rate of 5.78%, accruing from May 16, 2003 through the date of this judgment.

3. In favor of Donald Warnke, Personal Representative of the Estate of Tamera Lynn Wagner in the sum of $2,599.73 (85% of $3,058.50) for the stipulated burial expenses.

4. In favor of Donald Warnke, Personal Representative of the Estate of Tamera Lynn Wagner in the sum of $52,773.10 (85% of $62,086.00) for the Jury's determination as to the present value of the loss of accumulated earnings to the Estate.

5. In favor of Donald Warnke, Personal Representative of the Estate of Tamera Lynn Wagner in the sum of $204,796.45 (85% of $240,937.00) for the Jury's determination as to the loss of financial support that Tamera Lynn Wagner would have contributed to her children.

6. In favor of Donald Warnke, Personal Representative of the Estate of Tamera Lynn Wagner in the sum of $850,000 (85% of $1,000,000.00) for the Jury's determination as to the value of the loss of consortium damages sustained by Kathryn Warnke.

7. In favor of Donald Warnke, Personal Representative of the Estate of Tamera Lynn Wagner in the sum of $850,000 (85% of $1,000,000.00) for the Jury's determination as to the value of the loss of consortium damages sustained by Trent Wagner.

8. Post-judgment interest at the rate of 3.76% shall accrue on the sum of $2,065,563.80 from the day after the date of this judgment until the judgment is satisfied.

9. All allowable costs are taxed to Counter-claim Defendant Roy Sparks, Individually and d/b/a Sparks Enterprise in accordance with LR 54.1.

WHEREFORE the Total Judgments entered against Defendant Roy Sparks, Individually and d/b/a Sparks Enterprise and in favor of the Counter-Claimants are as follows:

a. In favor of Sentry Insurance Company in the sum of **$53,805.00** plus prejudgment interest at the rate of 5.78% accruing from May 16, 2003 through the date of this judgment and post judgment interest pursuant to 28 USC § 1961 at the rate of 3.76% from the day after the date of this judgment until the judgment is satisfied.

b. In favor of Alliant Food Services in the sum of **$51,589.58** plus prejudgment interest at the rate of 5.78% accruing from May 16, 2003 through the date of this judgment and post judgment interest pursuant to 28 USC § 1961 at the rate of 3.76% from the day after the date of this judgment until the judgment is satisfied.

c. In favor of Donald Warnke, Personal Representative of the Estate of Tamera Lynn Wagner in the sum of **$2,599.73** plus post judgment interest pursuant to 28 USC § 1961 at the rate of 3.76% from the day after the date of this judgment until the judgment is satisfied.

d. In favor of Donald Warnke, Personal Representative of the Estate of Tamera Lynn Wagner in the sum of **$1,957,569.55** plus post judgment interest pursuant to 28 USC § 1961 at the rate of 3.76% from the day after the date of this judgment until the judgment is satisfied. e. Allowable costs to the Counter-Claimants as applied for and taxed pursuant to local rule 54.1.

**IT IS SO ORDERED** this 14th day of September, 2005.

_Donald E. O'Brien_
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa